# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1293. TALBERT L. SIZEMORE v. KRISTOPHER L. WESTFALL et al.

Following a car accident, Talbert L. Sizemore sued Kristopher and Karl A. Westfall. After settling with the Westfalls, Sizemore served the complaint on his insurance provider, GEICO General Insurance Company. GEICO moved for summary judgment, and the trial court granted the motion on May 8, 2024. Sizemore filed a motion for new trial, which the trial court construed as a motion to set aside under OCGA § 9-11-60 (d). The trial court denied the motion, and Sizemore filed a notice of appeal on June 20, 2024. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Although a timely filed motion for new trial extends the time for filing a notice of appeal, OCGA § 5-6-38 (a), an improper motion for new trial does not. See *Pillow v. Seymour*, 255 Ga. 683, 684 (341 SE2d 447) (1986). Because a motion for new trial is not a proper method for challenging the grant of summary judgment, it did not extend the time for filing a notice of appeal. See *Debter v. Stephens*, 297 Ga. 652, 652 (777 SE2d 244) (2015). Accordingly, Sizemore's notice of appeal — filed 43 days after entry of the order granting summary judgment — was untimely.

To the extent that the trial court construed Sizemore's motion as a motion to set aside under OCGA § 9-11-60 (d), an appeal from an order denying such a motion requires the filing of an application for discretionary appeal. See OCGA § 5-6-35 (a)

(8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006).

Because Sizemore filed neither a timely notice of appeal from the trial court's summary judgment ruling nor a discretionary application from the denial of his motion to set aside, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___04/02/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*